



# STATE OF CONNECTICUT

## SUPREME COURT
## APPELLATE COURT

CARL D. CICCHETTI
CHIEF CLERK

RENÉ L. ROBERTSON
DEPUTY CHIEF CLERK

231 CAPITOL AVENUE
HARTFORD, CT 06106

TEL. (860) 757-2200

August 13, 2021

Dear Counsel of Record:

    The certified question of law, filed August 13, 2021, has been assigned docket number **SC 20607, *Marjorie Glover et al. v. Bausch & Lomb Inc., et al.***

    The clerk assigned to this appeal is Yuri P. Min, who may be reached at (860) 757-2225. Please note that clerks are not permitted to give legal advice.

    The appellate clerk's office will be open from 8:30 a.m. until 5 p.m. on weekdays, with the exception of legal holidays and closures for exigent circumstances, such as inclement weather. The window at the appellate clerk's office will be open from 8:30 a.m. until 4:30 p.m. For information regarding when electronic documents are deemed filed, please see Practice Book section 63-2. For holiday and inclement weather questions please consult the Judicial Branch website. On your website you will also find the Connecticut Practice Book, self-help publications and videos, the Handbook of Appellate Procedure, and forms related to the appellate process.

    **Effective July 1, 2019, official notices in Supreme and Appellate Court matters will be delivered only electronically to the E-Services Inbox to attorneys, law firms and self-represented parties who have an E-Services account and have filed an appellate access form (JD-AC-015) when required by Practice Book section 60-7 (c). Paper notices via U.S. Mail will continue to be issued for attorneys and self-represented parties who are excluded or exempt from the requirements of e-filing.**

    Thank you.

| [X] APPEAL | [ ] JOINT APPEAL | [ ] CROSS APPEAL | [ ] AMENDED APPEAL | [ ] CORRECTED FORM |
|---|---|---|---|---|

JD-SC-33   Rev. 7-16
P.B. Sections 3-8, 60-7, 60-8, 62-7, 62-8, 63-3, 63-4, 63-10
C.G.S. Sections 31-301b, 51-197f, 52-470

*All appeals must be filed electronically unless an exemption from the requirements of electronic filing has been granted or you are an incarcerated self-represented party. For further information about e-filing or this form, see the Appeal Instructions, form JD-SC-34.*

[X] To Supreme Court    [ ] To Appellate Court

**Name of case** *(State full name of case)*
Marjorie Glover v. Bausch & Lomb Inc.

**Type of appellate matter**
Certified Question of Law

### Trial Court History

**Tried to:** Federal District Judge

**Trial court location:** Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007

**Trial court judges being appealed:** Gerard Lynch Continued

**List all trial court docket numbers, including location prefixes:** 2020-FED2CV200001156S/OTHER-CV-20-0000011-S

**All other trial court judges who were involved with the case:**

**Judgment for** *(Where there are multiple parties, specify those for whom judgment was rendered)*

**Date of judgment(s) or decision(s) being appealed:** 07/20/2021

**Date of issuance of notice on any order on any motion that would render judgment ineffective:**

**Date for filing appeal extended to:**

**Case type:** Civil

**For Juvenile Cases:** [ ] Termination of Parental Rights  [ ] Order of Temporary Custody

**For Civil/Family Case Types, Major/Minor code:**

[ ] Other

### Appeal

**Appeal filed by** *(Party name(s))*: MARJORIE GLOVER Continued

**From** *(the action that constitutes the appealable judgment or decision)*: Certification of Question of Law

*If this appeal is taken by the State of Connecticut, provide the name of the judge who granted permission to appeal and the date of the order*

**Statutory Basis for Appeal to Supreme Court:** Conn. Gen. Stat. 51-199b

**By (Signature of counsel of record):** ▶ 435311
**Telephone number:** 203-789-0001
**Fax number:** 203-782-2766
**Juris number** *(If applicable)*: 435311

### Appearance

**Type name and address of counsel of record filing this appellate matter** *(This is your appearance; see Practice Book Section 62-8)*

ZANGARI COHN CUTHBERTSON DUHL & GRELLO P   59 ELM STREET   NEW HAVEN CT 06510

**E-mail address:** lkearse@zcclawfirm.com

"X" one if applicable
[ ] Counsel or self-represented party who files this appeal will be deemed to have appeared **in addition to** counsel of record who appeared in the trial court.
[ ] Counsel or self-represented party who files this appeal is appearing **in place of:**

**Name of counsel of record:**
**Juris number** *(If applicable)*:

### Certification

I certify that a copy of the appeal form I am filing will immediately be delivered to each other counsel of record and I have included their names, addresses, e-mail addresses and telephone and facsimile numbers; the appeal form has been redacted or does not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order or case law; and the appeal form complies with all applicable rules of appellate procedure in accordance with Practice Book Sections 62-7 and 63-3.

**Date to be delivered:** 08/13/2021

*If you have an exemption from e-filing under Practice Book Section 60-8, attach a list with the name, address, e-mail address, telephone number, and facsimile number of each counsel of record and the address where the copy was delivered.*

If this appeal is a criminal or habeas corpus matter, I certify that a copy of this appeal form will immediately be delivered to the Office of the Chief State's Attorney Appellate Bureau. Date to be delivered _____

**Signed (Counsel of record):** ▶ 435311
**Date signed:** 08/13/2021

### Required Documents

To be filed with the Appellate Clerk within ten days of the filing of the appeal, if applicable. See Practice Book Section 63-4.
1. Preliminary Statement of the Issues
2. Court Reporter's Acknowledgment or Certificate that no transcript is necessary
3. Docketing Statement
4. Statement for Preargument Conference (form JD-SC-28A)
5. Constitutionality Notice
6. Sealing Order form, if any

[X] Entry Fee Paid    [ ] No Fees Required    [ ] Fees, Costs, and Security waived by Judge *(enter Judge's name below)*

**Court Use Only** — Date and time filed

**Judge:**

**Date waived:**

## Appeal Form (continued)

**CASE NAME:**
Marjorie Glover v. Bausch & Lomb Inc.

**TRIAL COURT JUDGES**
Gerard Lynch
William Nardini

## Parties & Appearances

**PARTY/PARTIES INITIATING THE APPEAL**

MARJORIE GLOVER - Manually Added Party

Juris: 011012 ZANGARI COHN CUTHBERTSON DUHL & GRELLO P
59 ELM STREET
NEW HAVEN, CT 06510
Phone: (203) 789-0001   Fax: (203) 782-2766
Email: lkearse@zcclawfirm.com

Juris: 301109 HUGH W CUTHBERTSON
59 ELM ST, SUITE 400
NEW HAVEN, CT 06510
Phone: (203) 789-0001   Fax: (203) 782-2766
Email: hcuthbertson@zcclawfirm.com

Juris: 306567 GLENN A DUHL
59 ELM STREET
SUITE 400
NEW HAVEN, CT 06510
Phone: (203) 786-3709   Fax: (203) 782-2766
Email: gduhl@zcclawfirm.com

JANE DOE - Manually Added Party

Juris: 011012 ZANGARI COHN CUTHBERTSON DUHL & GRELLO P
59 ELM STREET
NEW HAVEN, CT 06510
Phone: (203) 789-0001   Fax: (203) 782-2766
Email: lkearse@zcclawfirm.com

Juris: 301109 HUGH W CUTHBERTSON
59 ELM ST, SUITE 400
NEW HAVEN, CT 06510
Phone: (203) 789-0001   Fax: (203) 782-2766
Email: hcuthbertson@zcclawfirm.com

Juris: 306567 GLENN A DUHL
59 ELM STREET
SUITE 400
NEW HAVEN, CT 06510
Phone: (203) 786-3709   Fax: (203) 782-2766
Email: gduhl@zcclawfirm.com

## Appeal Form (continued)

CHARLES GLOVER  - Manually Added Party
    Juris: 011012 ZANGARI COHN CUTHBERTSON DUHL & GRELLO P
        59 ELM STREET
        NEW HAVEN, CT 06510
        Phone: (203) 789-0001   Fax: (203) 782-2766
        Email: lkearse@zcclawfirm.com

    Juris: 301109 HUGH W CUTHBERTSON
        59 ELM ST, SUITE 400
        NEW HAVEN, CT 06510
        Phone: (203) 789-0001   Fax: (203) 782-2766
        Email: hcuthbertson@zcclawfirm.com

    Juris: 306567 GLENN A DUHL
        59 ELM STREET
        SUITE 400
        NEW HAVEN, CT 06510
        Phone: (203) 786-3709   Fax: (203) 782-2766
        Email: gduhl@zcclawfirm.com

JOSEPH DOE  - Manually Added Party
    Juris: 011012 ZANGARI COHN CUTHBERTSON DUHL & GRELLO P
        59 ELM STREET
        NEW HAVEN, CT 06510
        Phone: (203) 789-0001   Fax: (203) 782-2766
        Email: lkearse@zcclawfirm.com

    Juris: 301109 HUGH W CUTHBERTSON
        59 ELM ST, SUITE 400
        NEW HAVEN, CT 06510
        Phone: (203) 789-0001   Fax: (203) 782-2766
        Email: hcuthbertson@zcclawfirm.com

    Juris: 306567 GLENN A DUHL
        59 ELM STREET
        SUITE 400
        NEW HAVEN, CT 06510
        Phone: (203) 786-3709   Fax: (203) 782-2766
        Email: gduhl@zcclawfirm.com

**ALL OTHER PARTIES AND APPEARANCES**

    DOES 1-50  - Manually Added Party

    BAUSCH & LOMB, INC.  - Manually Added Party
        Juris: 414342 TOBY S SOLI
            200 PARK AVE.
            38TH FLOOR
            NEW YORK, NY 10166
            Phone: (212) 801-3196   Fax:
            Email: solit@gtlaw.com

        Juris: 436585 THOMAS HENRY BALESTRACCI
            TWO SEAPORT LANE
            10TH FLOOR
            BOSTON, MA 02210-2037
            Phone: (617) 217-5266   Fax: (617) 217-5200
            Email: tbalestracci@cetllp.com

        Juris: 401472 ROBERT JAY KIRSHENBERG
            GREENBERG TRAURIG, LLP
            200 PARK AVE.
            NEW YORK, NY 10166
            Phone: (212) 801-2186   Fax:
            Email: kirshenbergr@gtlaw.com

        Juris: 428558 ADAM CHARLES MARTIN
            2 SEAPORT LANE
            10TH FLOOR
            BOSTON, MA 02110
            Phone: (617) 217-5500   Fax:
            Email: amartin@cetllp.com

## Appeal Form (continued)

**VALEANT PHARMACEUTICAL INTERNATIONAL, INC.** - Manually Added Party

Juris: 414342 TOBY S SOLI
200 PARK AVE.
38TH FLOOR
NEW YORK, NY 10166
Phone: (212) 801-3196  Fax:
Email: solit@gtlaw.com

Juris: 436585 THOMAS HENRY BALESTRACCI
TWO SEAPORT LANE
10TH FLOOR
BOSTON, MA 02210-2037
Phone: (617) 217-5266  Fax: (617) 217-5200
Email: tbalestracci@cetllp.com

Juris: 401472 ROBERT JAY KIRSHENBERG
GREENBERG TRAURIG, LLP
200 PARK AVE.
NEW YORK, NY 10166
Phone: (212) 801-2186  Fax:
Email: kirshenbergr@gtlaw.com

Juris: 428558 ADAM CHARLES MARTIN
2 SEAPORT LANE
10TH FLOOR
BOSTON, MA 02110
Phone: (617) 217-5500  Fax:
Email: amartin@cetllp.com

**BAUSCH & LOMB HOLDINGS, INC.** - Manually Added Party

Juris: 414342 TOBY S SOLI
200 PARK AVE.
38TH FLOOR
NEW YORK, NY 10166
Phone: (212) 801-3196  Fax:
Email: solit@gtlaw.com

Juris: 436585 THOMAS HENRY BALESTRACCI
TWO SEAPORT LANE
10TH FLOOR
BOSTON, MA 02210-2037
Phone: (617) 217-5266  Fax: (617) 217-5200
Email: tbalestracci@cetllp.com

Juris: 428558 ADAM CHARLES MARTIN
2 SEAPORT LANE
10TH FLOOR
BOSTON, MA 02110
Phone: (617) 217-5500  Fax:
Email: amartin@cetllp.com

**VALEANT PHARMACEUTICALS NORTH AMERICA LLC** - Manually Added Party

Juris: 414342 TOBY S SOLI
200 PARK AVE.
38TH FLOOR
NEW YORK, NY 10166
Phone: (212) 801-3196  Fax:
Email: solit@gtlaw.com

Juris: 436585 THOMAS HENRY BALESTRACCI
TWO SEAPORT LANE
10TH FLOOR
BOSTON, MA 02210-2037
Phone: (617) 217-5266  Fax: (617) 217-5200
Email: tbalestracci@cetllp.com

Juris: 428558 ADAM CHARLES MARTIN
2 SEAPORT LANE
10TH FLOOR
BOSTON, MA 02110
Phone: (617) 217-5500  Fax:
Email: amartin@cetllp.com

## Appeal Form (continued)

VALEANT PHARMACEUTICALS INTERNATIONAL  - Manually Added Party

    Juris: 414342 TOBY S SOLI
        200 PARK AVE.
        38TH FLOOR
        NEW YORK, NY 10166
        Phone: (212) 801-3196   Fax:
        Email: solit@gtlaw.com

    Juris: 436585 THOMAS HENRY BALESTRACCI
        TWO SEAPORT LANE
        10TH FLOOR
        BOSTON, MA 02210-2037
        Phone: (617) 217-5266   Fax: (617) 217-5200
        Email: tbalestracci@cetllp.com

    Juris: 428558 ADAM CHARLES MARTIN
        2 SEAPORT LANE
        10TH FLOOR
        BOSTON, MA 02110
        Phone: (617) 217-5500   Fax:
        Email: amartin@cetllp.com

**ADDITIONAL SERVICE INFORMATION**
United States Court of Appeals for the Second Circuit, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007