UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARJORIE and CHARLES GLOVER,<br><br>          Plaintiffs,<br><br> v.<br><br>BAUSCH & LOMB INCORPORATED, VALEANT PHARMACEUTICALS INTERNATIONAL, INC. N/K/A BAUSCH HEALTH COMPANIES INC., AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>          Defendants. | Case No. 3:18-cv-00352-KAD |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs Marjorie Glover and Charles Glover, and Defendants Bausch & Lomb Incorporated and Valeant Pharmaceuticals n/k/a Bausch Health Companies Inc., that this action shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing their own costs and attorneys' fees.

Dated: February 1, 2024         Respectfully submitted,

| | |
|---|---|
| /s/  Daniel Seltz | /s/ Glenn S. Kerner |
| Wendy R. Fleishman (admitted *pro hac vice*)<br>Daniel Seltz (admitted *pro hac vice*)<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>Telephone: (212) 355-9500 | Glenn S. Kerner (admitted *pro hac vice*)<br>Daniel I.A. Smulian (admitted *pro hac vice*)<br>Nilda M. Isidro (admitted *pro hac vice*)<br>**GREENBERG TRAURIG, LLP**<br>One Vanderbilt Avenue<br>New York, New York 10017<br>Tel.: (212) 801-9200 |

Facsimile: (212) 355-9592
wfleishman@lchb.com
dseltz@lchb.com

Fabrice N. Vincent (admitted *pro hac vice*)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Fvincent@lchb.com

Hugh W. Cuthbertson (CT04133)
Glenn A. Duhl (CT03644)
**ZANGARI COHN CUTHBERTSON DUHL & GRELLO P.C.**
59 Elm Street, Suite 400
New Haven, CT 06510
Telephone: (203) 789-0001
Facsimile: (203) 782-2766
hcuthbertson@zcclawfirm.com
gduhl@zcclawfirm.com

*Attorneys for Plaintiffs Marjorie Glover and Charles Glover*

Fax: (212) 801-6400
Email: Glenn.Kerner@gtlaw.com
Email: Daniel.Smulian@gtlaw.com
Email: Nilda.Isidro@gtlaw.com

Lori G. Cohen (admitted *pro hac vice*)
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road N.E., Suite 2500
Atlanta, Georgia 30305
Tel.: (678) 553-2385
Fax: (678) 553-2386
Email: CohenL@gtlaw.com

James O. Craven (CT18790)
**WIGGIN AND DANA LLP**
One Century Tower
265 Church Street, 17th Floor
New Haven, Connecticut 06510
Tel.: (203) 498-4400
Fax: (203) 782-2889
Email: jcraven@wiggin.com

*Attorneys for Defendants Bausch & Lomb Incorporated and Valeant Pharmaceuticals International, Inc. n/k/a Bausch Health Companies Inc.*